**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | * | |
| Jamie Mannina | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 25-01524 (APM) |
| | * | |
| O'Keefe Media Group, | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**NOTICE OF DEFENDANT'S CONCESSION TO PLAINTIFF'S MOTION
FOR LEAVE TO CONDUCT EXPEDITED LIMITED DISCOVERY**

On August 21, 2025, Plaintiff Jamie Mannina filed a Motion for Leave to Conduct

Expedited Limited Discovery. Dkt. 11. Pursuant to Local Rule 7(b):

> Within 14 days of the date of service or at such other time as the Court
> may direct, an opposing party shall serve and file a memorandum of points
> and authorities in opposition to the motion.  If such a memorandum is not
> filed within the prescribed time, the Court may treat the motion as
> conceded.

Given that more than 14 days have now passed and the Defendants have failed to file

any response, Mr. Mannina respectfully requests that the Court treat his Motion as

conceded and grant the requested relief.

Date: September 6, 2025

Respectfully submitted,

*s/ Mark S. Zaid*

_____
Mark S. Zaid, Esq.
D.C. Bar #440532
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700 – PMB 5287
Washington, D.C. 20036
(202) 498-0011
Mark@MarkZaid.com
Brad@MarkZaid.com

Attorneys for the Plaintiff