IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jamie Mannina, <br><br> Plaintiff, <br><br> v. <br><br> O'Keefe Media Group, <u>et al.</u>, <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * Case No. 25-01524 (APM) <br> * <br> * <br> * <br> * <br> * <br> * |

* * * * * * * * * * * *

**NOTICE OF PLAINTIFF'S SERVICE UPON DEFENDANTS OF
<u>COURT AUTHORIZED EXPEDITED LIMITED DISCOVERY</u>**

    NOW COMES Plaintiff Jamie Mannina, by and through his undersigned counsel, to respectfully inform the Court that pursuant to the Minute Order issued on today's date, the authorized Document Production and Interrogatory requests were served electronically upon the counsel for Defendants O'Keefe Media Group and James O'Keefe with a response date of on or before September 15, 2025.

Date: September 8, 2025

                                           Respectfully submitted,

                                            *s/ Mark S. Zaid*

                                          _____
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700 – PMB 5287
Washington, D.C. 20036
(202) 498-0011
Mark@MarkZaid.com

Attorney for the Plaintiff