IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO. 1:25-cv-01524-APM

JAMIE MANNINA

        Plaintiff,

v.

O'KEEFE MEDIA GROUP,
JAMES O'KEEFE, and
HEIDI DOE,

        Defendants.
_____/

### RESPONSE TO PLAINTIFF'S COURT AUTHORIZED EXPEDITED REQUEST FOR INTERROGATORIES

The Defendants, O'KEEFE MEDIA GROUP (hereinafter referred to as "OMG"), and JAMES O'KEEFE, by and through their undersigned counsel, hereby provides their Responses to Plaintiff's Court Authorized Expedited Request for Interrogatories.

1. Provide all known names of Defendant Heidi Doe.

Response: The Defendants object to the Plaintiff's first interrogatory, as the Defendants are not required to disclose the actual name or names of Defendant Heidi Doe pursuant to F.R.E. 501 and D.C. Code § 16-4702. This section provides a privilege for sources of news and reflects the District of Columbia's strong public policy in favor of protecting journalists' sources. Due to the unique role Heidi Doe occupied in reference to the story on Mr. Mannina's subversion of the Trump Administration, her identity is protected from disclosure under D.C. law.

Additionally, as Heidi Doe does not have either the security team available to OMG or Mr. O'Keefe, or the notoriety of the Defendants, such information would endanger Heidi Doe's life.

OMG and James O'Keefe have received numerous death threats for their work, and as recent events have shown, these threats cannot be taken lightly.

2.    Provide all known addresses, e-mail addresses and cell/home telephone number(s) for Defendant Heidi Doe.

Response: The Defendants object to the Plaintiff's second interrogatory, as the Defendants are not required to disclose the addresses, e-mail addresses and cell/home telephone number(s) for Defendant Heidi Doe pursuant to F.R.E. 501 and D.C. Code § 16-4702.  This section provides a privilege for sources of news and reflects the District of Columbia's strong public policy in favor of protecting journalists' sources.  Due to the unique role Heidi Doe occupied in reference to the story on Mr. Mannina's subversion of the Trump Administration, her identity is protected from disclosure under D.C. law.

Additionally, as Heidi Doe does not have either the security team available to OMG or Mr. O'Keefe, or the notoriety of the Defendants, such information would endanger Heidi Doe's life. OMG and James O'Keefe have received numerous death threats for their work, and as recent events have shown, these threats cannot be taken lightly.

---

**DESIGNATION OF EMAIL ADDRESSES FOR SERVICE**

The undersigned attorneys of The Ticktin Law Group, hereby designate the following Email Address(es) for service in the above styled matter.  Service shall be complete upon emailing to the following email address(es) in this Designation, provided that all provisions for the District of Columbia regarding service via email are met.

**Serv512@LegalBrains.com** and **Serv536@LegalBrains.com**

**SERVICE IS TO BE MADE TO EACH AND EVERY EMAIL ADDRESS LISTED IN THIS DESIGNATION AND TO NO OTHERS.**

---

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been emailed this 15th day of September 2025, to **MARK S. ZAID, ESQUIRE,** Mark@MarkZaid.com, **BRADLEY P. MOSS, ESQUIRE,** Brad@MarkZaid.com, and **GEOFFREY DEWEESE, ESQUIRE**, Geoffrey@MarkZaid.com Mark S. Zaid, P.C., Attorneys for the Plaintiff, 1250 Connecticut Avenue, N.W. Suite 700 Washington, D.C. 20036

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441-1610
Telephone: (954) 570-6757


 /s/ Peter Ticktin
PETER TICKTIN, ESQUIRE
Florida Bar No. 887935