IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO. 1:25-cv-01524-APM

JAMIE MANNINA

        Plaintiff,

v.

O'KEEFE MEDIA GROUP,
JAMES O'KEEFE, and
HEIDI DOE,

        Defendants.
_____/

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR THE DEFENDANTS**

The undersigned attorneys hereby moves this Court for an Order permitting the withdrawal of PETER TICKTIN, ESQ. and THE TICKTIN LAW GROUP, P.A., as attorneys for the Defendants, O'KEEFE MEDIA GROUP (hereinafter referred to as "OMG"), JAMES O'KEEFE, and states as follows:

The Defendants and the undersigned attorneys have irreconcilable differences.

The Defendants can be reached at:

C/O Benjamin Barr
Barr & Klein PLLC
1050 30th St. NW,
Washington, DC 20007
(202) 595-4671
ben@barrklein.com

WHEREFORE, the undersigned attorneys respectfully request this Honorable Court to enter an Order permitting the undersigned attorneys to withdraw from the representation of the above-named Defendants.

## Certificate of Conferral

Pursuant to Local Rule 7(m), the undersigned confirms a good-faith effort was undertaken to determine whether there is any opposition to the relief sought. The Plaintiff has no position on the relief sought herein.

 */s/ Peter Ticktin*
PETER TICKTIN, ESQUIRE
Florida Bar No. 887935

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441-1610
Telephone: (954) 570-6757

> **DESIGNATION OF EMAIL ADDRESSES FOR SERVICE**
>
> The undersigned attorneys of The Ticktin Law Group, hereby designate the following Email Address(es) for service in the above styled matter. Service shall be complete upon emailing to the following email address(es) in this Designation, provided that all provisions for the District of Columbia regarding service via email are met.
>
> **Serv512@LegalBrains.com and Serv536@LegalBrains.com**
>
> **SERVICE IS TO BE MADE TO EACH AND EVERY EMAIL ADDRESS LISTED IN THIS DESIGNATION AND TO NO OTHERS.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been emailed this 14th day of October 2025, to **MARK S. ZAID, ESQUIRE,** Mark@MarkZaid.com, **BRADLEY P. MOSS, ESQUIRE,** Brad@MarkZaid.com, and **GEOFFREY DEWEESE, ESQUIRE**, Geoffrey@MarkZaid.com Mark S. Zaid, P.C., Attorneys for the Plaintiff, 1250 Connecticut Avenue, N.W. Suite 700 Washington, D.C. 20036

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441-1610
Telephone: (954) 570-6757


  /s/ *Peter Ticktin*
PETER TICKTIN, ESQUIRE
Florida Bar No. 887935