# EXHIBIT "1"

## O'Keefe et. al, ATS Mannina - Conferral on Motions

Mark S. Zaid, P.C. <mark@markzaid.com>  Tue, Oct 14, 2025 at 7:39 PM
To: Brent Day <BDay@legalbrains.com>
Cc: Anna Cincotta <ACincotta@legalbrains.com>, Damaris Concepcion <DConcepcion@legalbrains.com>, Brad Moss <brad@markzaid.com>, Geoffrey Deweese <geoffrey@markzaid.com>

But please do first let us know how much time you're asking for. We take no position on your withdrawal.

_____

This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged.  Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited.  If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof.  Thank you.

Mark S. Zaid, Esq.
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
Website: www.MarkZaid.com
Twitter: @MarkSZaidEsq

> On Tue, Oct 14, 2025, 6:10 PM Mark S. Zaid, P.C. <mark@markzaid.com> wrote:
>
>> Thanks Brent. You can say the Plaintiff takes no position.
>>
>> Mark
>>
>> _____
>> This electronic mail (e-mail) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged.  Any copying, dissemination or distribution of the contents of this e-mail by anyone other than the addressee or his or her agent for such purposes is strictly prohibited.  If you have received this e-mail in error, please notify me immediately by telephone, facsimile or e-mail and purge the original and all copies thereof.  Thank you.
>>
>> Mark S. Zaid, Esq.
>> Mark S. Zaid, P.C.
>> 1250 Connecticut Avenue, N.W.
>> Suite 700
>> Washington, D.C. 20036
>> Website: www.MarkZaid.com
>> Twitter: @MarkSZaidEsq
>
>> On Tue, Oct 14, 2025, 5:39 PM Brent Day <BDay@legalbrains.com> wrote:
>>
>>> Good evening Mark,

Court's October 6th order pursuant to Local Rule 7(m), I am respectfully requesting your position on these Motions.

Yours,

**Brent Day, Esquire**



THE TICKTIN LAW GROUP

270 SW Natura Avenue

Deerfield Beach, Florida 33441

(954) 570-6757

General email: BDay@LegalBrains.com

www.LegalBrains.com

**NOTICE:**

Due to the large volume of emails I receive and the nature of legal practice, <u>please assume that I did not receive or read any emails sent to me</u> unless or until there is a reply sent or other confirmation that an incoming email was read. If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent. Moreover, sometimes, staff will access my emails, so even if an email is shown to have been read, it may not have been read by me.

This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged. This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information. Any unauthorized copying, review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email at BDay@LegalBrains.com and delete the original message and all copies.



**image001.png**
13K