AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Jamie Mannina | ) |
| *Plaintiff* | ) |
| v. | ) |
| O'Keefe Media Group, et al. | ) |
| *Defendant* | ) |

Case No.   25-cv-01524-APM

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

O'Keefe Media Group; James O'Keefe; Heidi Doe                                          .

Date:    10/20/2025

*Attorney's signature*

Stephen R. Klein, 177056
*Printed name and bar number*
Barr & Klein PLLC
1629 K St NW Ste. 300
Washington, DC 20006

*Address*

steve@barrklein.com
*E-mail address*

(202) 804-6676
*Telephone number*

(202) 804-6676
*FAX number*

Print    Save As...                    Reset