UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMIE MANNINA,

    Plaintiff,

v.                                              CASE NO.: 25-CV-01524-APM

O'KEEFE MEDIA GROUP,
et al.,

    Defendants.
_____/

## NOTICE OF CONSTITUTIONAL QUESTION

Pursuant to Federal Rule of Civil Procedure 5.1(a), Defendant Heidi Doe hereby notifies the Court that she has raised a constitutional question as to a federal statute, 18 U.S.C. § 2511(2)(d), and a state statute, D.C. Code § 23-542(b)(3), in her motion to dismiss. ECF No. 40 at 38-42. Specifically, Ms. Doe has raised the question of whether these statutes are unconstitutional under the First Amendment. U.S. CONST. amend. I.

Respectfully submitted,

| | |
|---|---|
| */s/ Benjamin Barr* | */s/ Stephen Klein* |
| Benjamin Barr* | Stephen R. Klein |
| Bar No. IL0133 | Bar No. 177056 |
| BARR & KLEIN PLLC | BARR & KLEIN PLLC |
| 1050 30th St. NW | 1629 K St. NW Ste. 300 |
| Washington, DC 20007 | Washington, DC 20006 |
| Telephone: (202) 595-4671 | Telephone / Fax: (202) 804-6676 |
| ben@barrklein.com | steve@barrklein.com |

*Counsel to Heidi Doe*

* Admitted in Illinois and not a member of the D.C. Bar. Practicing law in the District of Columbia in federal courts pursuant to D.C. Court of Appeals Rule 49(c)(3).

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December 2025, I served the foregoing through the Court's electronic filing system which served a copy on all counsel of record.

I further certify that this notice and a copy of Doe's motion to dismiss (ECF No. 40) will be served on the following by certified mail pursuant to Federal Rule of Civil Procedure 5.1(a)(2):

Pamela Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Brian Schwalb
Attorney General for the District of Columbia
400 6th Street NW
Washington, D.C. 20001

> */s/ Stephen Klein*
> Stephen R. Klein