# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMIE MANNINA,<br><br>    Plaintiff,<br><br>    v.<br><br>O'KEEFE MEDIA GROUP, *et al.*,<br><br>    Defendants. | No. 25-CV-01524-APM |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), the Clerk of the Court shall please note the appearance of Assistant Attorney General Marcus D. Ireland as counsel for the District of Columbia

Dated: February 9, 2026.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Marcus D. Ireland*
MARCUS D. IRELAND [90005124]
Assistant Attorneys General
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 702-2910
Email: marcus.ireland@dc.gov

*Counsel for the District of Columbia*