IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| Jamie Mannina | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 25-01524 (APM) |
| | * | |
| O'Keefe Media Group, | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF RESPONSE TO THE**
**DISTRICT OF COLUMBIA'S NOTICE OF INTERVENTION**

The District of Columbia ("District") filed a Notice of Intervention, Dkt. 52, defending against Defendant Heidi Doe's assertion that the tortious purpose exception to D.C. Code § 23-542 is unconstitutional.

Plaintiff joins with and adopts the arguments set forth by the District.

Date: February 22, 2026

Respectfully submitted,

*s/ Mark S. Zaid*

_____
Mark S. Zaid, Esq.
D.C. Bar #440532
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700 – PMB 5287
Washington, D.C. 20036
(202) 498-0011
Mark@MarkZaid.com