**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAMIE MANNINA | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No: 25-01524 (APM) |
| | * | |
| O'KEEFE MEDIA GROUP et al. | * | |
| | * | |
| Defendants. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF FILING OF RELEVANT DISTRICT COURT DECISION

NOW COMES the Plaintiff Jamie Mannina, by and through his undersigned counsel, to respectfully submit to the Court today's decision by the U.S. District Court for the Eastern District of Michigan in *AFT Michigan v. Project Veritas et al*, Case 4:17-cv-13292-LVP-EAS, a copy of which is attached at Exhibit "1". This decision, which involves Defendant James O'Keefe's former organization that he founded and engages in similar activity, directly relates to some of the pending Motions, particularly with respect to analysis of the application of the federal wiretap statute, 18 U.S.C. § 2511.

Date:    March 30, 2026

Respectfully submitted,

/s/ *Mark S. Zaid*

_____

Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 498-0011
Mark@MarkZaid.com

Attorney for the Plaintiff