UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMIE MANNINA,

Plaintiff,

v. CASE NO.: 25-CV-01524-APM

O'KEEFE MEDIA GROUP,
et al.,

Defendants.
_______________________________/

**[PROPOSED] ORDER**

Pending before the Court is the Defendants' Motion for Reconsideration of the Court's July 29, 2026 Memorandum Opinion and Order under to Federal Rules of Civil Procedure 54(b) and 12(b)(6), filed on September 1, 2026.

Based upon the Motion and the Plaintiff's opposition thereto, it is hereby ORDERED that:

1. The Motion is GRANTED;
2. Counts III, IV, and V of the First Amended Complaint are DISMISSED with prejudice.

So ORDERED.

ENETERED this _____ day of ____________, 2026.

______________________________
Hon. Amit P. Mehta
United States District Judge