**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JAMIE MANNINA | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No: 25-01524 (APM) |
| | * | |
| O'KEEFE MEDIA GROUP et al. | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * *

**CONSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S JULY 29, 2026 MEMORANDUM OPINION AND ORDER AS TO COUNTS III, IV, AND V**

NOW COMES the Plaintiff Jamie Mannina, by and through his undersigned counsel, to respectfully request an extension of one week until on or before September 22, 2026, to file an Opposition to Defendants' Motion for Reconsideration Of The Court's July 29, 2026 Memorandum Opinion And Order As To Counts III, IV, And V. Dkt. 70 (filed September 1, 2026). The current deadline is September 15, 2026, and this is the Plaintiff's first request for an extension.

The Defendants' Motion presents various constitutional arguments and the interpretation of a recently issued D.C. Circuit decision. During this relevant time period Plaintiff's counsel are, however, inundated with litigation deadlines in numerous federal and state matters (both criminal and civil), as well as administrative proceedings before various federal agencies. Additionally, the Jewish holiday of Rosh Hashanah is also within the time period.

Pursuant to LCvR 7(m), the undersigned counsel for the Plaintiff discussed this Motion with counsel for the Defendants and they have graciously consented. They have requested a deadline of October 6, 2026, for their Reply brief, and the Plaintiff consents.

The granting of this Motion will not otherwise delay or impact any other currently scheduled matters in this proceeding. A proposed Order is attached.

Date: September 1, 2026

Respectfully submitted,

*s/Mark S. Zaid*

Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 498-0011
Mark@MarkZaid.com

Attorney for Plaintiff